Argued and submitted September 6, reversed October 16, 1996

## CITY OF SPRINGFIELD,
*Respondent,*

*v.*

## RICK ANTHONY AQUIZAP,
*Appellant.*

(94-50059, CA A88648 (Control))

## STATE OF OREGON,
*Respondent,*

*v.*

## RICK ANTHONY AQUIZAP,
*Appellant.*

(94-08395;
CA A89019)
(Cases Consolidated)

927 P2d 601

Edmund J. Spinney filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore

R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction of a violation of ORS 814.090(1)(a).[1] The state concedes the trial court erred in overruling his demurrer because ORS 814.090(1)(a) violates Article I, section 8, of the Oregon Constitution. We agree with the state's concession.

Reversed.

---

[1] ORS 814.090(1)(a) provides:

"A person commits the offense of unlawful solicitation on or near a highway if the person:

"(a) Is on a highway to solicit employment or business or for selling or soliciting contributions from persons in a vehicle[.]"